IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.1:14-cv-186-GMS |
| | ) |
| GOOGLE INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |
| | ) |

## **STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to Paragraph 6 of the Scheduling Order is extended until July 2, 2014. The reason for this request is to provide additional time for the parties to exchange drafts and negotiate the terms of a proposed protective order in these actions.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Richard L. Horwitz* |
| Stamatios Stamoulis #4606 | Richard L. Horwitz (#2246) |
| stamoulis@swdelaw.com | rhorwitz@potteranderson.com |
| Richard C. Weinblatt #5080 | David E. Moore (#3983) |
| weinblatt@swdelaw.com | dmoore@potteranderson.com |
| Stamoulis & Weinblatt LLC | Bindu A. Palapura (#5370) |
| Two Fox Point Centre | bpalapura@potteranderson.com |
| 6 Denny Road, Suite 307 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19809 | 1313 N. Market Street |
| (302) 999-1540 | Wilmington, DE 19801 |
| | Telephone: (302) 984-6000 |
| *Attorneys for Plaintiff* | |
| *Inventor Holdings, LLC* | Kevin Hardy (admitted *pro hac vice*) |
| | khardy@wc.com |
| | Samuel Bryant Davidoff (admitted *pro hac vice*) |
| | sdavidoff@wc.com |
| | Adam D. Harber (admitted *pro hac vice*) |
| | aharber@wc.com |
| | Bryant Hall (admitted *pro hac vice*) |
| | bhall@wc.com |
| | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth St. NW |
| | Washington, DC 20005 |
| | Telephone: (202) 434-5000 |
| | |
| | *Attorneys for Defendant* |
| | *Google Inc.* |

SO ORDERED, this ____ day of _____, 2014

_____
Hon. Gregory M. Sleet
Chief, United States District Judge