

VIA CM/ECF

Richard C. Weinblatt
weinblatt@swdelaw.com

July 2, 2014

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE:    *Inventor Holdings, LLC v. Google Inc.*,
             C.A. No. 1:14-cv-186-GMS

Dear Judge Sleet:

The parties were unable to reach agreement on the terms of a proposed protective order in the above-referenced case and contacted the Court pursuant to Paragraph 6 of the Scheduling Order to schedule a teleconference regarding the dispute. The parties await the date the Court is available to conduct the teleconference.

Counsel are available at the Court's convenience prior to the conference should Your Honor have any questions.

                                                      Very truly yours,

                                                      Richard C. Weinblatt (#5080)
                                                      of Stamoulis & Weinblatt LLC

cc:      All Registered Counsel (via CM/ECF)