# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-186-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Inventor Holdings, LLC, and Defendant, Google Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Richard C. Weinblatt* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> Two Fox Point Centre <br> 6 Denny Road, Suite 307 <br> Wilmington, DE 19809 <br> Telephone: (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com | By: */s/ Bindu A. Palapura* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com |
| *Attorneys for Plaintiff Inventor Holdings, LLC* | |
| Dated: October 16, 2015 <br> 1206824 / 41296 | *Attorneys for Defendant Google Inc.* |

IT IS SO ORDERED, this _____ day of _____ 2015.

_____
U.S.D.J.